JAMES A. FLACK, Respondent, *v.* RODAY S. BRASSEL et al., Appellants.

(Argued April 6, 1896; decided April 14, 1896.)

THIS was a motion to dismiss the appeal herein.

*I. H. Maynard* for motion.

*Amasa J. Parker, Jr.*, opposed.

Motion denied, without costs.